

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. L-05-CR-865 |
| | § | |
| Antonio Maldonado Gonzalez | § | |

**ORDER**

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 8, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE